## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 03, 2023

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Marquette
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855-0000

       Re:  Case No. 22-1866, *Carl El v. Catherine Bauman, et al*
              Originating Case No. 2:22-cv-00102

Dear Ms. Filkins:

  Enclosed is a copy of the mandate filed in this case.

                                   Sincerely yours,

                                   s/Patricia J. Elder, Senior Case Manager
                                     for Monica Page, Case Manager

cc:  Mr. Carl Mahan El

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1866

_____

Filed: May 03, 2023

CARL MAHAN EL

     Plaintiff - Appellant

v.

CATHERINE S. BAUMAN, Warden; HEIDI E. WASHINGTON, MDOC Director; MELODY CHAPIN, MC4-LMSW; K. VANATTA, RN-13; KYLE D. WOOD, MS-KW7-LLP; ARVID CLARK, AC8-LLMSW; UNKNOWN PART(Y)(IES) #1, Mental Health Director

     Defendants - Appellees

## MANDATE

   Pursuant to the court's disposition that was filed 04/11/2023 the mandate for this case hereby issues today.

 COSTS:  None